cc: filer, LEK

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2025 RR
at 9 o'clock and 45 min. A M
Lucy H. Carrillo, Clerk

1983 FORM Rev. 01/2008

Stuart Jones - A6044367
Name and Prisoner/Booking Number
Waiawa correctional Facility
Place of Confinement
P.O. Box 1839
Mailing Address
Pearl city, H.I., 96782
City, State, Zip Code

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

Stuart Jones
(Full Name of Plaintiff)

Case No. CV25 00446 LEK KJM
(To be supplied by the Clerk)

vs.

**PRISONER CIVIL RIGHTS COMPLAINT**

Halawa correctional Facility
Hawaii Department of Public Safety
Jane/John Does 1-10 (unknown officials or staff responsible)
(Full Names of Defendants; DO NOT USE *et al.*)

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☑ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) ______

2. Plaintiff: Stuart Jones - A6044367

   Institution/city where violation occurred: Halawa correctional Facility

3. First Defendant *: Halawa correctional Facility

This defendant is a citizen of (state and county) Aiea, Hawaii, and is employed as:

______ at ______.
(Position and Title) (Institution)

This defendant is sued in his/her ✓ individual ✓ official capacity (check one or both). Explain how



Mailed on
Date 10/15/2025

1983 FORM Rev. 01/2008

this defendant was acting under color of law:
H.C.F is the entity that was facilitating my incarceration.

4. Second Defendant: Hawaii Department of Public safety

This defendant is a citizen of (state and county) Honolulu, Hawaii, and is employed as:

________________ at ________________
(Position and Title) (Institution)

This defendant is sued in his/her √ individual √ official capacity (check one or both). Explain how this defendant was acting under color of law:

D.P.S. is the Agency that determines how incarceration is facilitated.

5. Third Defendant: Jane/John Does 1-10 (unknown officials or staff responsible)

This defendant is a citizen of (state and county) Honolulu Hawaii, and is employed as:

Employee at Halawa correctional Facility
(Position and Title) (Institution)

This defendant is sued in his/her √ individual √ official capacity (check one or both). Explain how this defendant was acting under color of law:
managing my incarceration at Halawa correctional Facility.

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity,** you must be able to state facts showing that the defendant was actually involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

2. If your answer is yes, how many?: ____________ Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff ____________________

   Defendants ____________________

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):
   ____________________

   c. Claims raised: ____________________

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   ____________________

   e. Approximate date of filing lawsuit ____________________

   f. Approximate date of disposition ____________________

4. Second previous lawsuit:

   a. Plaintiff ____________________

   Defendants ____________________

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county):
   ____________________

   c. Claims raised: ____________________

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   ____________________

   e. Approximate date of filing lawsuit ____________________

   f. Approximate date of disposition ____________________

5. Third previous lawsuit:

a. Plaintiff ______________________________

Defendants ______________________________

b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

______________________________

c. Claims raised: ______________________________

d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________________

e. Approximate date of filing lawsuit ______________________________

f. Approximate date of disposition ______________________________

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes _✓_No.

**If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment - Deliberate indifference to my safety, Failure to Protect

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)

☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☑ Threat to safety ☐ Other:__________

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

Knowingly disregarded excessive risk to my safety as an inmate. On July 11th, 2025 I was assaulted in a near fatal attack in Halawa's Kitchen. Assault occured in a Known blind spot where other incidents have occured. No Preventative measures were enforced, officials failure to supervise a high-risk area despite history is direct evidence of disregarding a Known risk. The fact that the assault happened is Proof of the risk existing. Facts from which the inference could be drawn that substantial risk of serious harm existed was disregarded resulting in unnecessary and wanton infliction of Pain.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Loss of vision, Brain bleeding, Nerve damage, broken bones in face, Mental and Physical suffering, Memory loss.

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): 8th Amendment - Deliberate indifference to serious Medical needs, Medical Negligence

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)

☐ Mail ☐ Access to the court ☑ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

While Knowing of injuries adequate medical treatment was not provided, this resulted in injuries sustained being grevious and irreversible. by not providing rehabilitative treatment there has been a loss of ability and a diminished quality of life. I was deprived of a chance for a better outcome, the lost chance of treatment was a substantial loss of the chance, treatment would have successfully prevented further injury by providing corrective measures in a timely fashion.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Loss of vision, Nerve damage, excruciating Pain, loss of ability, Loss of opportunity to make a gainful recovery.

## COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

______________________________________________________________________

______________________________________________________________________

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)

☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:____________________

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunctive Relief - reinstate my Parole immediatly, while incarcerated Provide adequate medical care, utilize Home confinement as incarceration for my Personal safety.
Award monetary damages in the amount of $7,250,000.00 for injuries and suffering, loss of vocational ability and loss of ability to protect and provide for family.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 1st day of October (month), 2025 (year).

[signature]
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.